**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

NICHOLAS QUEEN,                        §
                                      §
            Plaintiff,                §
                                      §
*versus*                              §   CIVIL ACTION NO. 1:07-CV-863
                                      §
FEDERAL BUREAU OF PRISONS,            §
                                      §
            Defendant.                §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Nicholas Queen, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled civil rights  lawsuit.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter.  The magistrate judge recommends this lawsuit be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  No objections were filed to the magistrate judge's Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 10th day of January, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE